PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL – CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| CATHRINE LYNN BAKER,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIIN, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No: 1:16-CV-00426-EPG<br><br>STIPULATION AND ORDER TO EXTEND TIME<br><br>FIRST REQUEST |

    The parties, through their respective counsel, stipulate the time for filing of defendant's opposition to plaintiff's opening brief be extended from December 19, 2016, to January 18, 2017.

    This is defendant's first request for an extension of time to file a response to Plaintiff's opening brief. Defendant has three other briefs due December 19, 2016, three Equal Access to Justice Act request to review this week, and has extended leave planned through the end of the calendar year.

\\\
\\\
\\\
\\\
\\\

Stipulation and Order for Extension of Time
1:16-CV-00426-EPG     1

Respectfully submitted,

Dated:  December 13, 2016

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/Richard M. Rodriguez*
RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: December 13, 2016

*/s/Monica Perales*
As authorized by email
MONICA PERALES
Attorney for Plaintiff

**Order**

Based on the above stipulation and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than January 18, 2017. Plaintiff may file her reply brief no later than February 2, 2017.

IT IS SO ORDERED.

Dated:  **December 16, 2016**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order for Extension of Time
1:16-CV-00426-EPG                                                                      2